### WHITE *v.* MORRIS.—On appeal.

Monday,         A CHANGE in a part of the *Terre-Haute* state road was
May 25.     made and marked by a commissioner, under the act of 1833.
            *Held,* that the part of the road as thus changed might be open-
            ed, though the commissioner's report had not been filed in the
            clerk's office, &c., as the act requires.